FRED P. BROWN et al., Respondents, *v.* THE UNIVERSITY OF THE STATE OF NEW YORK et al., Appellants.

(Submitted October 1, 1934; decided October 9, 1934.)

*John J. Bennett, Jr., Attorney-General (Sol Ullman* of counsel), for motion.

*Charles H. Tuttle* opposed.

*Per Curiam.* The papers used on the motion for a preliminary injunction are not properly a part of the record when the appeal is from the judgment and the Appellate Division has decided that the motion for a declaratory judgment must be granted on the pleadings.

In as much as the record has been printed it will be unnecessary to reprint the record on appeal, but on the argument the papers on the motion for a preliminary injunction will not be considered.

Motion denied.